**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-643**

In Re:  CHARLIE M. TAYLOR,

Petitioner.

On Petition for Writ of Mandamus.  (CA-95-706-5-F)

Submitted:  January 23, 1997        Decided:  January 31, 1997

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Charlie M. Taylor, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Taylor brought this mandamus petition seeking an order directing the district court to render a decision on his motion for relief pursuant to Fed. R. Civ. P. 59(e). Because we find that the delay to date has not been excessive, we deny mandamus relief. The denial is without prejudice to Taylor's right to file a new petition if the district court does not take expedient action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid in the decisional process.

<u>PETITION DENIED</u>